Case 5:08-cr-00402-RMW   Document 176   Filed 05/05/10   Page 1 of 2

JOSEPH P. RUSSONIELLO (CASBN 44332)  *E-FILED 05-05-2010*
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

DAVID R. CALLAWAY (CASBN 121782)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5596
   Facsimile: (408) 535-5066
   E-mail: David.Callaway@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>    v. )<br>TAN MINH VO, )<br>    Defendant. )<br>_____ ) | No. CR 08-00402 RMW (HRL)<br><br>STIPULATION AND ORDER [PROPOSED]<br>TO CONTINUE DATE FOR HEARING OF<br>DEFENDANT TAN MINH VO'S MOTION<br>FOR DISCOVERY<br><br>Date: May 6, 2010<br>Time: 9:30 a.m.<br><br>Before The Honorable Howard R. Lloyd |

The parties jointly ask the Court to continue the hearing on defendant Tan Vo's discovery motion to **Tuesday, May 11, 2010, at 9:30 a.m.**, before The Honorable Howard R. Lloyd, United States Magistrate Judge. The basis for the continuance is that government counsel misread the Court's Order Shortening Time and thought the opposition was due on May 3, 2010. In fact, it was due on April 30th and defendant's reply was due on May 3rd. (The undersigned apologizes to the Court and defense counsel for the mistake.)

In order to give Ms. Young the three days she should have had to prepare a reply, the parties agree that the reply brief shall be due on May 6th.

**STIPULATION AND ORDER** [proposed]

1  SO STIPULATED:

2  DATED: May 4, 2010

    JOSEPH P. RUSSONIELLO
    United States Attorney

    / s /
    _____
    DAVID R. CALLAWAY
    Assistant United States Attorney
    Counsel for United States

7  DATED: May 4, 2010

    / s /
    _____
    VICKI H. YOUNG, ESQ.
    Counsel for Tan Vo

## ORDER

For the reasons set forth above, and good cause appearing,

IT IS HEREBY ORDERED that the hearing on defendant Tan Minh Vo's discovery motion, currently scheduled for May 6, 2010, is continued to **Tuesday, May 11, 2010**, at 9:30 a.m., before The Honorable Howard R. Lloyd, United States Magistrate Judge.

Defense counsel's reply brief, if any, shall be filed by May 6, 2010.

Dated:  May 5, 2010

_____
HOWARD R. LLOYD
United States ~~District~~ Judge
      Magistrate