VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301
Telephone (415) 421-4347

*E-FILED - 2/16/11*

Attorney for Defendant Tan Minh Vo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TAN MINH VO,<br><br>    Defendant. | No. CR 08-00402 RMW<br><br>STIPULATION & ORDER TO CONTINUE SENTENCING DATE<br><br>Date:  March 7, 2011<br>Time:  9:00 a.m.<br>Court: Hon. Ronald M. Whyte |

    It is hereby stipulated between the United States of America, by and through Assistant United States Attorney David Callaway and Tan Minh Vo, through his attorney Vicki H. Young, that the sentencing hearing which is currently scheduled for March 7, 2011, be continued to May 9, 2011, at 9:00 a.m.

    This continuance is necessary because defense counsel Vicki H. Young is in trial before Judge Ronald M. Whyte, and has not had time to prepare objections to the draft presentence report. A continuance of the sentencing date is needed to allow sufficient time for defense counsel to file the objections before the final presentence report is released, and then to prepare a sentencing memorandum after the final report has been released. The May 9, 2011, date is the first date that accommodates the schedules of both counsel and the Probation Officer.

    USPO Aylin Raya has been advised of this request for a continuance and has no objection.

///

///

It is so stipulated.

Dated:      February 14, 2011              Respectfully submitted,

/s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Tan Minh Vo

Dated:      February 14, 2011              MELINDA HAAG
UNITED STATES ATTORNEY


/s/      David Callaway
DAVID CALLAWAY
Assistant United States Attorney

**ORDER**

GOOD CAUSE BEING SHOWN, the sentencing hearing for Tan Minh Vo which is currently set for March 7, 2011, is continued to May 9, 2011, at 9:00 a.m.

IT IS SO ORDERED.

DATED:  2/16/11

_____
RONALD M. WHYTE
SENIOR UNITED STATES DISTRICT JUDGE